AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NICHOLAS JOSEPH ROTUNDO | ) | Case No. 4:14MJ309 |
| *Defendant(s)* | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT - 1 2014
BY DAVID J. MALAND, CLERK
DEPUTY_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Jun 4, 2013 through Sept 16, 2014  in the county of  Collin  in the Eastern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | cyber-stalking |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Jason Ibrahim, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/01/2014

_____
Judge's signature

City and state: Sherman, Texas

Amos L. Mazzant, U.S. Magistrate Judge
*Printed name and title*